1  JOHN R. SOMMER (SBN 106355)
   ATTORNEY-AT-LAW
2  17426 Daimler Street, Suite 200
   Irvine, California 92614
3  (949) 752-5344, Fax: (949) 752-5439

4  Attorneys for Plaintiff
   STUSSY, INC.

5

6  A. ERIC BJORGUM
   KARISH & BJORGUM PC
7  510 West 6th Street, Suite 308
   Los Angeles, CA 90014
8  (213) 785-8070, Fax: (213) 995-5010

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 24 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| STUSSY, INC., | Case No.: SACV 09-1491 AG (ANx) |
| Plaintiff, | [~~Proposed~~] ORDER DISMISSING WITH PREJUDICE |
| v. | |
| THE EDGE, | |
| Defendant. | |

The parties, having reached a settlement, and stipulated that the entire action be dismissed with prejudice,

IT IS ORDERED that the entire action be dismissed with prejudice. Each party to bear its own costs and attorneys fees.

Dated: ~~December~~ March 24, 2011 ~~2010~~

_____
Hon. Andrew J. Guilford
U.S. District Judge

ORDER DISMISSING WITH PREJUDICE